# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, | No. 4:17-CV- 02099 |
| Plaintiff, | (Judge Brann) |
| v. | |
| KIM EAGAN WOODS, | |
| Defendant. | |

## ORDER

**AND NOW**, this 11th day of June 2019, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment, April 1, 2019, ECF No. 33 is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge